Name: Shannon Dale WREN
Jackson County JAIL
Address: 210 Hwy 75, Holton, KS 66436

FILED MAR 31 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Shannon Dale Wren, Plantiff
*(Full Name)*

V.

State of Kansas, Defendant(s)

CASE NO. 23-3091-JWL
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Shannon D. Wren *(Plaintiff)*, is a citizen of KANSAS *(State)* who presently resides at Jackson Co. Jail, 210 Hwy 75, Holton, KS 66436 *(Mailing address or place of confinement.)*

2) Defendant STATE OF KANSAS *(Name of first defendant)* is a citizen of Jackson County *(City, State)*, and is employed as Hwy Patrol SGT *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

He was officer whom shot me

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __NO__ is a citizen of
   (Name of second defendant)

   __NO__, and is employed as
   (City, state)

   __NO__. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

   __NO__

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   ON Aug 19th 2020 I FLED FROM POLICE, WHERE I WAS LATER SURROUNDED BY ARMED OFFICERS WHO TOLD ME TO GIVE UP & COME DOWN THE HILL, WHEN I GOT TO THE BOTTOM OF HILL NO THREAT TO ANYONE I WAS SHOT IN THE FACE.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: I was wrongfully injured (shot) after I had already given up and surrendered (see officer body cam videos provided by Jackson Co. Prosecuter.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

After brief persuit I was told to give up & surrender & after I complied I was shot in face causeing multipul damages, 32 fractures to face, a TBI, whole top pallett blown out, multipul teeth destroyed, deaf & blind in left ear & eye, pronounced dead & brought back 3 times. Multipul extensive surgeries that are on going. Pysically & mentally disabled for life

B) (1) Count II: _____

(2) Supporting Facts: _____

C) (1) Count III: _NO_

(2) Supporting Facts: _NO_

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _NO_

   Defendants: _NO_

   b) Name of court and docket number _NO_

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NO_

   d) Issues raised _NO_

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

All of my Hospital & Medical Bills Payed That Results From The Injury Plus on Going Bills. Plus A Payment Not Less Then $400,000.00 For Physical & Mental Damages, Plus Payment For Not Being Able To Work & Legal Fees.

_____  _____
Signature of Attorney (if any)        Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)