Shannon Wren
Jackson Co. Jail
210 Hwy 75
Holton, KS
66436

NOTICE! THIS CORRESPONDENCE
WAS MAILED FROM THE
JACKSON COUNTY JAIL

RECEIVED
MAR 31 2023
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

LEGAL MAIL

KANSAS CITY 640
29 MAR 2023 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.84
03/29/2023  ZIP 66436
043M32205680
US POSTAGE

Skyler B. O'Hara
Clerk of Court
U.S. District Court
444 S.E Quincy
Topeka, KS
66683



LEGAL MAIL