FILED
APR 10 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk
23-3091-JWL

Dear Mr O'Hara

My name is Shannon D. Wren, you sent me a letter telling me to get a copy of my account statement from my place of incarceration at Jackson Co Jail. I asked for it & Officer Mulaun provided me with a copy for the time that I arrived here on 3-8-23 up untill today. He said if you have any questions you can contact him here at the Jail. I have no other assets or funds available to me. In fact I'm negitive $29.32 on my account balance for medical expenses.

I agree to pay a percentage of all monies I may receive untill full ammount is paid for my case to be filed.

Thank You
Respectfully
Shannon Wren.

Can ya please let me know when I can add body cam videos & a witness statements to my case? Thank you.

# Account Transaction History

Wren, Shannon Dale (05164)

Location: REC

*From 3/8/2023 To 4/4/2023 11:59:59 PM*

|  |  | Cash Starting Balance: | $0.00 |
|---|---|---|---|
|  |  | A/R Starting Balance: | $0.00 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 258910 | 3/8/2023 10:14 PM | Inmate Note | ******* Opened Account ******* |  |  | $0.00 | $0.00 |
| 258914 | 3/8/2023 11:00 PM | Inmate Add |  | $20.00 |  | $0.00 | $20.00 |
| 258972 | 3/9/2023 8:55 AM | Inmate Bill | Order 4152 |  | $14.66 | $14.66 | $20.00 |
| 258973 | 3/9/2023 8:55 AM | Inmate Bill Payment | Order 4152 | ($14.66) | ($14.66) | $0.00 | $5.34 |
| 259365 | 3/13/2023 8:57 PM | Inmate Add |  | $20.00 |  | $0.00 | $25.34 |
| 259485 | 3/15/2023 9:23 AM | Inmate Bill | Order 4159 |  | $14.66 | $14.66 | $25.34 |
| 259486 | 3/15/2023 9:23 AM | Inmate Bill Payment | Order 4159 | ($14.66) | ($14.66) | $0.00 | $10.68 |
| 259670 | 3/17/2023 10:29 AM | Inmate Bill | Depakote 750mg 3/09/23 |  | $5.00 | $5.00 | $10.68 |
| 259671 | 3/17/2023 10:29 AM | Inmate Bill Payment |  | ($5.00) | ($5.00) | $0.00 | $5.68 |
| 259672 | 3/17/2023 10:30 AM | Inmate Bill | risperidone 2mg 3/14/2023 |  | $5.00 | $5.00 | $5.68 |
| 259673 | 3/17/2023 10:30 AM | Inmate Bill Payment |  | ($5.00) | ($5.00) | $0.00 | $0.68 |
| 259674 | 3/17/2023 10:32 AM | Inmate Bill | Buspar 5mg 3/14/23, Lexapro 20mg 3/14/23, Laculose 10mg/15ml 3/14/23, Keppra 500mg 3/14/23 |  | $20.00 | $20.00 | $0.68 |
| 259675 | 3/17/2023 10:32 AM | Inmate Bill Payment |  | ($0.68) | ($0.68) | $19.32 | $0.00 |
| 260727 | 3/29/2023 3:19 PM | Inmate Bill | nurse call 3/28/2023 |  | $10.00 | $29.32 | $0.00 |

|  |  | Cash Ending Balance: | $0.00 |
|---|---|---|---|
|  |  | A/R Balance: | $29.32 |