Shannon Wren
Jackson Co Jail
210 U.S. Hwy 75
Holton, KS
66436

LEGAL MAIL

NOTICE: THIS CORRESPONDENCE WAS MAILED FROM THE JACKSON COUNTY JAIL

KANSAS CITY 640
5 APR 2023 PM 5 L
FIRST-CLASS MAIL IMI
$000.60
04/05/2023  ZIP 66436
043M32205680

RECEIVED
APR 10 2023
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

OFFICE OF CLERK
MR. O'HARA
U.S. DISTRICT COURT
444 S.E. QUINCY RM 490
TOPEKA, KS 66683