IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHANNON D. WREN,

      **Plaintiff,**

      v.                                                                                      CASE NO. 23-3091-JWL

(FNU) (LNU), Highway Patrol
Sergeant, State of Kansas,
Jackson County,

      **Defendant.**

## ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff proceeds pro se and in forma pauperis.

The Court has conducted an initial screening of the Complaint and finds a responsive pleading is necessary. Because Plaintiff is proceeding in forma pauperis, the Clerk of the Court must undertake service of process under 28 U.S.C. § 1915(d).

**IT IS THEREFORE ORDERED** that the Court directs the Clerk of the Court to prepare and issue a waiver of service form for defendant pursuant to Fed. R. Civ. P. 4(d) to be served upon defendant at no cost to plaintiff. The Clerk is directed to prepare summons pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure to be served upon the Attorney General for the State of Kansas.

**IT IS SO ORDERED**.

Dated April 11, 2023, in Kansas City, Kansas.

                                                S/ John W. Lungstrum
                                                JOHN W. LUNGSTRUM
                                                UNITED STATES DISTRICT JUDGE