FILED
APR 26 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

(4-16-23)

To: Court Clerk, U.S. District Court

My Name is Shannon Wren. My Suit Has Recently Been Filed @ 5:23-CV-03091-JWL Wren v. (FNU) (LNU) JWB-GEB. & I'd like to Request the Forms I need for Appointment of Counsel So That I May Obtain An Attorney To Help With My Case. Whats My Dead Line To Enter Everything?

I'd Also Like To Add Statement of Facts Entering The most Important Peice of Evidence Which Is The Body Cam Videos Where Everything Said Is plainly Heard. Me Telling All Officers That I Wanted To Make Sure No one got Hurt & Them All Telling me No one Would Be Hurt Then me Complying With All Their Demands Then Them Shooting me For No Reason. I Also Want The Person Whom Was With me As A Key Witness (Angel Garnes) Cause She Will Tell Everything As Shown on Body Cams & That I Had Given Up & Complied When I Was Shot. Also Like To Have Submitted All of My Medical & Hospitle Records. Pretaining To This Case & My Personal Statements. Thank You