Shannon Whan
Jackson Co Jail
210 U.S. Hwy 75
Holton, KS
66436

NOTICE! THIS CORRESPONDENCE
WAS MAILED FROM THE
JACKSON COUNTY JAIL

LEGAL
Mail

IN KANSAS CITY 640
17 APR 2023 PM 2 L
RECEIVED

APR 26 2023

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

66683-358799

Office of Clerk
U.S. District Court
444 S.E. Quincey RM 490
Topeka, KS 66683