April 23rd, 23

Dear Sir,

I recieved a "Case Summary" for Case #5:23-CV-03091-JWB-GEB and I noticed number (3) had a Response deadline of 5/1/23 and as you are aware I am representing myself, Pro-Se and I do not wish to be time barred for any reason so if the burden or time line of same falls on me I would respectfully request a (60) day continuance.

I am in the process of obtaining counsel in this matter and once I do my filings with this honorable Court will be made intellegently and timely manner.

Respectfully Requested,
Shannon D. Wren



FILED
APR 26 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk