Shannon Wher
Jackson Co Jail
210 US Hwy 75
Holton, KS
66436

NOTICE! THIS CORRESPONDENCE
WAS MAILED FROM THE
JACKSON COUNTY JAIL

LEGAL MAIL

KANSAS CITY 640
24 APR 2023 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.60
04/24/2023  ZIP 66436
043M32205680
US POSTAGE

APR 26 2023

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Honorble John W. Broomes
United States district Court
444 S.E. Quincy
Topeka, KS
66683

66683-000299