# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Shannon D. Wren | **COURT CASE NUMBER** 23-3091-JWB-GEB |
| **DEFENDANT** (fnu) (lnu), Highway Patrol Sergeant, et al. | **TYPE OF PROCESS** Summons/Order/Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: (fnu) (lnu), Highway Patrol Sergeant, c/o Kansas Attorney General
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Shannon D. Wren
Jackson County Jail
210 US Hwy 75
Holton, KS 66436

Number of process to be served with this Form 285: **3**
Number of parties to be served in this case: **1**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
**s/ SKYLER B. O'HARA**
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 785-338-5400
DATE: 4/11/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 031
District to Serve No.: 031
Signature of Authorized USMS Deputy or Clerk
Date: 4-13-23

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 04.18.23
Time: [ ] am [ ] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: *Jessica Iverson*

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Sent Certified mail

UNITED STATES MARSHAL RECEIVED 2023 APR 11 AM 9:46 TOPEKA, KS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Shannon D. Wren

*Plaintiff(s)*

v.    Civil Action No. 23-3091-JWB-GEB

(fnu) (lnu), Highway Patrol Sergeant, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (fnu) (lnu), Highway Patrol Sergeant
c/o Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shannon D. Wren
Jackson County Jail
210 US Hwy 75
Holton, KS 66436

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/11/2023                             s/S. Nielsen-Davis

*Signature of Clerk or Deputy Clerk*

SKYLER B. O'HARA
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-3091-JWB-GEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

**USPS TRACKING #**



9490 9169 0224 6689 9054 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES POSTAL SERVICE**



PS Form 3811 Facsimile, July 2015 (SDC 3930)

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka, KS 66683

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature:** ( ☐ *Addressee* or ☐ *Agent*)

X

**B. Received By:** *(Printed Name)*

**C. Date of Delivery**

1. Article Addressed to:

HWY PATROL SERGEANT
C/O Kansas Attorney General
120 Sw 10th Ave Fl 2
Topeka KS 66612-1237

**D. Is delivery address different from item 1?** ☐ Yes  ☐ No
If YES, enter delivery address below:

RECEIVED
APR 16
Kansas Attorney General

2023 APR 24 AM 9:46
TOPEKA K

UNITED STATES MARSHAL RECEIVED

9490 9169 0224 6689 9054 33

3. Service Type

☑ Certified Mail®

2. Article Number *(Transfer from service label)*
9414 7169 0224 6689 9051 01

PS Form 3811 Facsimile, July 2015 (SDC 3930)    **Domestic Return Receipt**