FILED
U.S. District Court
District of Kansas

MAY 08 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Shannon D. Wren,

    Plaintiff(s),

v.

(FNU) (LNU) STATE OF KS,

    Defendant(s).

Case No. 5:23-CV-03091-JWB-GEB

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Shannon D. Wren, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney MR BRISON
    Firm Name
    Address LAS VEGAS, NEVADA
    Date(s) of Contact 2 YRS
    Method of Contact Phone
    Response Received BUSY W/OTHER CASES

(2) Name of Attorney PALMER
    Firm Name
    Address TOPEKA, KS
    Date(s) of Contact 1 YR
    Method of Contact Phone
    Response Received WONT GO AGAINST STATE OF KS.

(3) Name of Attorney TURNER
    Firm Name
    Address TOPEKA, KS
    Date(s) of Contact
    Method of Contact PHONE
    Response Received WONT TAKE CASE AGAINST KS.

~2~

4) Name of Attorney  MR. LAKE
   Firm Name  ~~Dick~~
   Address  Holyoke
   Date(s) of Contact  2 yr
   Method of Contact  Seen in person / by phone
   Response Received  Can't take civil case cuz he's a criminal attorney

(5) Name of Attorney _____
    Firm Name _____
    Address _____
    Date(s) of Contact _____
    Method of Contact _____
    Response Received _____

(6) Name of Attorney _____
    Firm Name _____
    Address _____
    Date(s) of Contact _____
    Method of Contact _____
    Response Received _____

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes [X]    No [ ]

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes [X]    No [X]

In addition to the foregoing, I believe that the court should consider the following additional information:

I've already been approved to proceed on payment plan, my case is in court. I have several mental & medical health issues and disabilities. I need help with info & documents I can't get on my own →

I HAVE LOTS OF DISCOVERY & BODY CAM VIDEOS THAT I NEED HELP W/ HOW TO PRESENT & HOW TO PROPERLY & TIMELY FILE STUFF. I'VE LISTED THE LAWYERS I CAN REMEMBER CONTACTING BUT I HAVE A SEVERE TBI & HAVE PROBLEMS W/ MEMORY BUT MY FRIEND, ANTHONY MODER AT 1829 S.W. Lincoln TOPEKA, KS 66604 785-317-2704 CAN TELL YOU ALL THE ATTORNEYS CONTACTED ABOUT THE ISSUES

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-1-23
(Date)

Shannon Wren
Signature of Plaintiff

Shannon D. Wren
Name (print or type)

210 US HWY 75
Address

Holton KS 66436
City            State            Zip Code

(NONE)
Telephone Number

(NONE)
E-Mail Address


PLEASE HELP ME

Shannon Wren
Jackson Co Jail
210 US Hwy 75
Holton, KS
66436

LEGAL MAIL



RECEIVED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

NOTICE! THIS CORRESPONDENCE
WAS MAILED FROM THE
JACKSON COUNTY JAIL

LEGAL MAIL

KANSAS CITY 640
2 MAY 2023 PM 2 L

Office of Clerk
U.S. District Court
Federal Building
Kansas City, KS
66101-3056

