IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANNON D. WREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 23-3091-JWB-GEB |
| | ) |
| (fnu) (lnu), | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel of record for Defendant (fnu) (lnu).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Shannon D. Wren
Jackson County Jail
210 US Hwy 75
Holton, KS 66436

                */s/ Matthew L. Shoger*
                Matthew L. Shoger
                Assistant Attorney General

2