# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANNON D. WREN, | ) |
| Plaintiff, | ) |
| v. | ) Case. No. 23-3091-JWB-GEB |
| (fnu) (lnu), | ) |
| Defendant. | ) |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant (fnu) (lnu), should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due June 12, 2023. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before June 26, 2023.

Dated this 26th day of May 2023.

                                      Clerk of the United States District Court
                                      For the District of Kansas

                                      By:   s/ N. Overstreet
                                              Deputy Clerk

PREPARED BY:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Shannon D. Wren
Jackson County Jail
210 US Hwy 75
Holton, KS 66436

/s/ *Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General