IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANNON D. WREN, | ) |
|        Plaintiff, | ) |
| v. | )   Case. No. 23-3091-JWB-GEB |
| (fnu) (lnu), | ) |
|        Defendant. | ) |

### ANSWER TO COMPLAINT

Defendant (fnu) (lnu) states his answers to the Complaint (Doc. 1):

1. Paragraph A1 and the first paragraph D1 are admitted.

2. Paragraphs A3, A4, C1B, C1C, and the second paragraph D1 are blank or marked not applicable, so no responsive pleading is necessary.

3. Paragraph A2 is admitted in part and denied in part as follows:

    a. Defendant is an employee of the state of Kansas.

    b. On August 19, 2020, Defendant was a Lieutenant (not a Sergeant) with the Kansas Highway Patrol. Defendant is still a Lieutenant with the Kansas Highway Patrol.

    c. Defendant was the officer who shot Plaintiff. He did so while on duty as a Kansas Highway Patrol officer.

    d. Defendant was and is a resident of Jackson County, Kansas.

4. Paragraph B1 is admitted in part and denied in part as follows:

    a. Plaintiff fled from police on August 19, 2020.

    b. The same day, Plaintiff was confronted by armed officers who told him to give up and come down a hill.

c. Plaintiff was not surrounded by the officers.

d. Plaintiff descended down part of a hill to a somewhat level area but not to the bottom of the hill. He was still uphill of the officers. Behind the officers, the slope continued downward.

e. Plaintiff was shot in the face.

f. When Plaintiff was shot in the face, his actions could reasonably be interpreted by officers to be threatening to himself and others:

   i. He was holding a knife to his throat, alternating it between his throat and the throat of a Ms. Angelique Aaron Garnes, who was pregnant. Plaintiff told the officers that Ms. Garnes was pregnant.

   ii. He repeatedly said phrases like "I'll cut her," "I'll stab you," "I'll slit my throat," "you're going to have to kill me," "we're going to die," "you have to kill me," "I'm going to force you to kill me," "I'm going to charge you," "you're going to have to shoot me," "I'm going to die here in my baby's arms," "either you're going to do it or I am," "I'm not going to be incarcerated, and "I'm not going to jail."

   iii. He told the officers that he and Garnes had taken drugs. Officers observed that his pupils were enlarged, he was very agitated, and he was making wide-eyed facial expressions.

   iv. He told the officers the situation was "Bonnie and Clyde."

   v. He repeatedly refused to follow orders from the officers.

   vi. At no point was he compliant.

2

      vii. He did not drop or lower the knife when ordered to.

      viii. He was approximately 10 feet from at least one of the officers and kept moving closer even when ordered by the officers not to.

      ix. He also held Ms. Garnes tightly to himself with one arm and would not let her go. With his other hand, he held the knife to his throat and sometimes to her throat.

      x. Combined, the facts gave the appearance of a dangerous hostage situation to a reasonable officer. The situation posed a danger of serious physical harm to the hostage as well as to the officers.

5. Paragraph C1A1 is admitted in part and denied in part as follows:

    a. The word "wrongfully" states a legal conclusion, which does not require a responsive pleading. But Defendant denies that Plaintiff was wrongfully shot.

    b. Defendant admits that Plaintiff was shot.

    c. Defendant denies that Plaintiff had given up and surrendered when he was shot.

      i. Plaintiff continued to hold a weapon to his throat.

      ii. Plaintiff continued to hold onto Ms. Garnes.

      iii. At no point did Plaintiff indicate he would give up.

      iv. Plaintiff did not follow orders from the officers. When the officers ordered Plaintiff to stop moving closer, he kept moving closer.

      v. The officer body cam videos from the incident show this continued threatening behavior from Plaintiff.

6. Paragraph C1A2 is admitted in part and denied in part as follows:

    a. Defendant admits that a pursuit occurred.

    b. Defendant denies that the pursuit was brief. It included a high-speed car chase, a manhunt in the woods, and a lengthy standoff between the Plaintiff and officers.

    c. Defendant admits that Plaintiff was told to give up and surrender.

    d. Defendant denies that Plaintiff complied.

    e. Defendant admits that Plaintiff was shot in the face.

    f. Defendant admits that the shot caused some injuries to Plaintiff including multiple fractures (some of them comminuted) and multiple teeth destroyed. Plaintiff coded at least once and was resuscitated.

    g. Defendant lacks knowledge or information sufficient to form a belief about the other allegations of injury, including the number of fractures, a traumatic brain injury (TBI), a pallet injury, any deafness or blindness, any pronouncements of death, any surgeries, and any physical or mental disabilities.

7. Responsive pleading is not required to Plaintiff's "Request for Relief" in paragraph D2. However, Defendant denies that Plaintiff is entitled to the relief demanded.

8. All allegations in the Complaint are denied unless expressly admitted above.

## OTHER DEFENSES

9. Plaintiff has failed to state a claim upon which relief can be granted in whole or in part.

10. The Court lacks subject-matter jurisdiction in whole or in part. Reasons include but are not limited to: the Eleventh Amendment bars any state law claims as well as any

official capacity claims.

11. The shot fired by the Defendant was not an unreasonable seizure of Plaintiff's person under the circumstances.

12. Qualified immunity bars Plaintiff's individual capacity claims against the Defendants.

13. Kansas Tort Claims Act governmental immunity applies to bar any state law claims.

14. Alternatively, the Plaintiff's damages are not of the nature and extent alleged.

Therefore, Defendant requests that the Court enter judgment in their favor denying Plaintiff the relief he seeks, and for such other relief as the Court deems just and proper

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of first-class mail on the 27th day of June, 2023, postage prepaid, addressed to:

Shannon D. Wren
Jackson County Jail
210 US Hwy 75
Holton, KS 66436
*Plaintiff, pro se*

>                                     */s/ Matthew L. Shoger*
>                                     Matthew L. Shoger
>                                     Assistant Attorney General