AMENDED COMPLAINT = 8-28-23

Name: SHANNON DALE WREN

Address: 210 U.S. Hwy 75, Holton, KS 66436

FILED
AUG 31 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Shannon Dale Wren, Plaintiff
(Full Name)

V.

Lt. Chris Bowling, Defendant(s)
State of Kansas, Hwy Patrol

CASE NO. 23-3091-JWB-GEB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Shannon D. Wren (Plaintiff), is a citizen of Kansas (State) who presently resides at 210 U.S. Hwy 75, Holton, KS 66436 (Mailing address or place of confinement.) Jackson Co. Jail

2) Defendant Lt. Chris Bowling, St of KS, Hwy Patrol (Name of first defendant) is a citizen of Kansas (City, State), and is employed as Hwy Patrol Lt. (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

He was the officer that shot me

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant __State of Kansas__ is a citizen of
   *(Name of second defendant)*

__Kansas__ , and is employed as
   *(City, state)*

__Employer of Hwy Patrol__. At the time the
   *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

__Employer__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__St. of Ks, Jackson County, Federal St., Hwy Patrol__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

SEE DISCOVERY & BODY CAM
ON AUG 19th 2020 I WAS FLEEING FROM POLICE & ENDED UP IN WOODS, I WAS NO THREAT TO NO ONE BUT MYSELF, I HAD A KNIFE BUT IT WAS HELD TO MY OWN THROAT SAYING I WAS GOIN TO KILL MYSELF, AT THE END I COMPLIED WITH OFFICERS DEMANDS & WALKED DOWN THE HILL, SET MY GIRL ON A LOG & WAS ABOUT TO THROW MY KNIFE DOWN, WHEN OFFICER

Cont on BACK →

2

XE-2 8/82             CIVIL RIGHTS COMPLAINT §1983

of [town] Patrol Lt. Chris Bowling shot me. The discovery and body cam videos show that I was no threat to no one but myself, was seuseral yards from officers when I was shot and had knife to my own throat posing a threat to no one but myself. I was unjustifly shot causeing multiple damages, includin life long disabilities such as TBI - Brain Injury, Loss of most teeth, entire top pallett blown out, Loss of sight, deaf in left ear, can never eat solid food again, have severe seziers now, black outs, coordination, balance & equalibrium off. Can no longer pronounce words, disfigurement to face, arm, throat & stomach. PTSD & multiple other mental problems resaulting from being shot. Died on sceane & was resesatated. Life flighted to 3 diffrent hospitles. In Coma & on life support, 2 months in hospite under went seueral surgeries & still had to have multiple more. Had to under go PT to learn to walk again, was placed on disability cause I can never work again. Assighned a live in nurse to help take care of me cause I'm limited in what I can do for myself. Assighned to "minds matter" for people with brain injuries that help with PT., Cognitive therapy, speech therapy, concilaling, and lots of other placement supports. Assighned to life patterns. Assighed to seueral diffrent doctors, dentist, therapist & help groups. Can't smell or taste. Never ending rehibilitations. & much, much more....

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __4Th Amendment Rights__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

__Explaind on Back of Page 2__

B) (1) Count II: __5Th Amendment Rights.__

(2) Supporting Facts: __Explaind on Front & Back Page 2__

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    3

C) (1) Count III: __14th Amendment Rights__

(2) Supporting Facts: __Explained on Front & Back__
__Page 2__
__Look on Back side of This page For All__
__other Counts.__ ⟶

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) __Amended Complaint Requested By Judge__

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

4

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

Count 4 = 2th Amendment Rights.
Count 5 = Negligence
Count 6 = Excessive Force
Count 7 = Police Brutality
Count 8 = Bodily Harm
~~Count 9 = Disfigurement~~
Count 9 = Personal Injury
Count 10 = Officer Misconduct
Count 11 = Prejustice
Count 12 = Discrimination
Count 13 = Wrongful Injury
Count 14 = Abuse of Power

All Defined on Front & Back of Page 2

———————————————

See Back of Page 5
For Witness to Back All Stated Facts

e) Approximate date of filing lawsuit  Amended per Judges Recommendation

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

All Medical Bills Due To Incident Paid For Along With All On going Medical expenses Due To Incident. $ = ?
Non Economic Loss $ = 250,000.00
Loss of Future Earning Capacity $ = ??
Cont on Back Side →

_____     Shannon Uhre
Signature of Attorney (if any)     Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

Personel - Wrongful Injury $50,000.00
Disfigurment - $100,000.00
4th, 8th, 9th, 14th Amendment Rghts, $100,000.00
Assault - $50,000.00
Police Brutality - $100,000.00
Loss of Wages $ ?
Mental Anguish For Life - $150,000.00
Price of Life - $ ?
Personel ??? Damages - $500,000.00
Loss of Functions - $150,000.00
Other Damages $150,000.00

Plus Criminal Charges Brought Against Defendent
For Assault, Attempted Murder.
Legal & Attorney Fees
_ _ _ _ _ _ _ _ _

Requested <u>Proof</u> & Witness's To <u>All</u> Claims

All Medical Records From Hospitles And Doctors.
Records From KU Med Center, St. Fracis, Cotton O'Neil, Trauma Center. Dentist, Life Patterns, Minds Matter, Stormont Veil, Valeo, Osawahdami, All Doctors. Surgeons, Crisis Cnt, Frazier House, Disability Office, Temp Agencies, Home Depot, Nurses, Care Givers, Therapist, Councilers, Case Workers, Med Bills For All procedures Done And All To Come..
All Discovery & <u>All</u> Body Cam Video's
All Witness Statements
And All Else That Applies To My Case.
Thank You

*[signature]*

8-28-23