**EXHIBIT A**

Attorney Criminal Type Case

## Case Summary

### Case No. 2020-CR-000362

| | | | |
|---|---|---|---|
| **State of Kansas vs. Shannon Dale Wren** | § | Location: | **Jackson County** |
| | § | Judicial Officer: | **Marek, Norbert C, Jr** |
| | § | Filed on: | **09/25/2020** |

---

## Case Information

Case Type: CR Felony
Case Status: **03/09/2023  Pending (Reopened)**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 1. Flee or attempt to elude LEO by engaging in reckless driving | 08.1568.b.1.C | FE9 | 08/19/2020 | 09/25/2020 |
|     Offense Reports<br>      Control #:   JASO201009<br>      Agency:   Jackson County Sheriff Office | | | | |
| 2. Interference with LEO; obstruct/resist/oppose felony warrant service or execution | 21.5904.a3.b5.A | FE9 | 08/19/2020 | 09/25/2020 |
|     Offense Reports<br>      Control #:   JASO201009<br>      Agency:   Jackson County Sheriff Office | | | | |
| 3. Theft of property or services; Value less than $1,500 | 21.5801.a.1.b4 | MDA | 08/19/2020 | 09/25/2020 |
|     Offense Reports<br>      Control #:   JASO201009<br>      Agency:   Jackson County Sheriff Office | | | | |
| 4. Criminal damage to property; Without consent value < $1000 | 21.5813.a.1.C3 | MDB | 08/19/2020 | 09/25/2020 |
|     Offense Reports<br>      Control #:   JASO201009<br>      Agency:   Jackson County Sheriff Office | | | | |

## Statistical Closures

12/02/2021  Disposed due to Failure to Appear
03/09/2023  Case Reinstated - Stats Reopened

---

## Party Information

| | | |
|---|---|---|
| **Prosecutor** | **State of Kansas** | **Miller, Shawna Rae**<br>*Retained* |
| | | **Attorney's Office, Jackson County**<br>*Retained* |
| **Defendant** | **Wren, Shannon Dale** | *Delaney, Andrew Michael (Inactive)*<br>*Court Appointed* |
| | | *Lake, J Richard (Inactive)*<br>*Court Appointed* |
| | | **Belveal, Jason Wayne**<br>*Court Appointed* |

---

## Dispositions

12/02/2021   **Disposition**

Attorney Criminal Type Case

## Case Summary

### Case No. 2020-CR-000362

1. Flee or attempt to elude LEO by engaging in reckless driving
   Disposed due to Failure to Appear
   TRN:  304332000605
   TRS:  1

12/02/2021 **Disposition**
2. Interference with LEO; obstruct/resist/oppose felony warrant service or execution
   Disposed due to Failure to Appear
   TRN:  304332000605
   TRS:  2

12/02/2021 **Disposition**
3. Theft of property or services; Value less than $1,500
   Disposed due to Failure to Appear
   TRN:  304332000605
   TRS:  3

12/02/2021 **Disposition**
4. Criminal damage to property; Without consent value < $1000
   Disposed due to Failure to Appear
   TRN:  304332000605
   TRS:  4

03/23/2023 **Plea** (Judicial Officer: Marek, Norbert C, Jr)
   Wren, Shannon Dale
   1. Flee or attempt to elude LEO by engaging in reckless driving
      Not Guilty
      TRN: 304332000605 TRS: 1
   Wren, Shannon Dale
   2. Interference with LEO; obstruct/resist/oppose felony warrant service or execution
      Not Guilty
      TRN: 304332000605 TRS: 2
   Wren, Shannon Dale
   3. Theft of property or services; Value less than $1,500
      Not Guilty
      TRN: 304332000605 TRS: 3
   Wren, Shannon Dale
   4. Criminal damage to property; Without consent value < $1000
      Not Guilty
      TRN: 304332000605 TRS: 4

---

## Case Events

09/25/2020  
   PLE: Complaint/Information
      *Complaint PLE: Complaint/Information*

09/25/2020  AFF: Probable Cause/Arrest Report
      *affidavit and reports AFF: Probable Cause/Arrest Report*

09/28/2020  
   Text
      *Document Filed: Warrant issued Image No. 391453*

09/29/2020
Default Conversion ROA
      *Email Sent Date: 09/29/2020 03:11 pm To: joel_cromwell@KSP.USCOURTS.GOV File Attached: AFFIDAVITANDREPORTS.pdf Name of Document: affidavit and reports*

09/29/2020
Default Conversion ROA
      *Email Sent Date: 09/29/2020 03:13 pm To: joel_cromwell@KSP.USCOURTS.GOV File Attached: COMPLAINT.pdf Name of Document: Complaint*

**Attorney Criminal Type Case**

## Case Summary

### Case No. 2020-CR-000362

10/01/2020
Text
*Document Filed: Arrest Warrant served, 9-30-20, Shannon Wren Image No. 391868*

10/01/2020
Text
*Document Filed: Own Recognizance Bond Image No. 391869*

10/01/2020    Warrant Returned Served
*Arrest Warrant Served/Returned Defendant: Wren, Shannon Dale*

10/01/2020    Hearing Scheduled
*Hearing Scheduled (First Appearance 11/23/2020 09:00 AM)*

11/04/2020    Hearing Rescheduled
*Hearing Rescheduled (First Appearance 11/23/2020 09:15 AM)*

11/05/2020    Notice of Hearing - Proceedings During COVID-19 Emergency
*COVID 19 Notice of Hearing*

11/05/2020
NOT: Notice - No Sheriff Service Required
*Notice of Hearing NOT: Notice - No Sheriff Service Required*

11/23/2020    First Appearance Date converted from FC

11/23/2020
INF: Judge Signed Order
*JE of First Appearance INF: Judge Signed Order*

11/23/2020    First Appearance Held
*Hearing result for First Appearance held on 11/23/2020 09:15 AM: First Appearance Held*

11/23/2020    Hearing Scheduled
*Hearing Scheduled (Preliminary/Status 12/29/2020 09:00 AM) ZOOM - may be in federal custody*

11/23/2020
ORD: Appoint - Counsel
*Order Appointing Counsel - Felony ORD: Appoint - Counsel*

11/23/2020    Judge: Normal Case flow
*Judge: Normal Caseflow*

12/29/2020
INF: Judge Signed Order
*JE of Prelim Status INF: Judge Signed Order*

12/29/2020
Failure to Appear
*Hearing result for Preliminary/Status held on 12/29/2020 09:00 AM: Failure to Appear ZOOM - may be in federal custody*

01/16/2021
Text
*Document Filed: Warrant issued Image No. 400020*

12/02/2021    Disposed due to Failure to Appear
*Disposed due to Failure to Appear (08.1568.b.1.C: Flee or attempt to elude LEO by engaging in reckless driving)*

12/02/2021
Disposed due to Failure to Appear
*Disposed due to Failure to Appear (21.5904.a3.b5.A: Interference with LEO; obstruct/resist/oppose felony warrant service or execution)*

12/02/2021    Disposed due to Failure to Appear
*Disposed due to Failure to Appear (21.5801.a.1.b4: Theft of property or services; Value less than $1,500)*

12/02/2021    Disposed due to Failure to Appear
*Disposed due to Failure to Appear (21.5813.a.1.C3: Criminal damage to property; Without consent value < $1000)*

01/03/2022
INF: Judge Signed Order
*Journal Entry of Bond INF: Judge Signed Order*

**Attorney Criminal Type Case**

## Case Summary

### Case No. 2020-CR-000362

| | | |
|---|---|---|
| 01/03/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Preliminary/Status 01/14/2022 10:00 AM) ZOOM - jail* | |
| 01/03/2022 | Bench Warrant Returned - Served | |
| | *Bench Warrant Served/Returned Failure to Appear Defendant: Wren, Shannon Dale* | |
| 01/03/2022 | Text | |
| | *Document Filed: Bench Warrant served 12-31-21; returned Image No. 437283* | |
| 01/14/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Preliminary/Status 01/27/2022 10:00 AM) ZOOM - jail* | |
| 01/14/2022 | INF: Judge Signed Order | |
| | *Journal Entry of Preliminary/ Status INF: Judge Signed Order* | |
| 01/14/2022 | Continued | |
| | *Hearing result for Preliminary/Status held on 01/14/2022 10:00 AM: Continued ZOOM - jail* | |
| 01/27/2022 | INF: Judge Signed Order | |
| | *Journal Entry of Preliminary/ Status INF: Judge Signed Order* | |
| 01/27/2022 | Preliminary Hearing Waived | |
| | *Hearing result for Preliminary/Status held on 01/27/2022 10:00 AM: Preliminary Hearing Waived ZOOM - jail* | |
| 01/27/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Arraignment 02/11/2022 10:00 AM) ZOOM- jail* | |
| 02/11/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Arraignment 03/04/2022 10:00 AM) ZOOM - jail* | |
| 02/11/2022 | ORD: Order (Generic) | |
| | *JE of Arraignment ORD: Order (Generic)* | |
| 02/12/2022 | Continued | |
| | *Hearing result for Arraignment held on 02/11/2022 10:00 AM: Continued ZOOM- jail* | |
| 02/23/2022 | INF: Correspondence | |
| | *Correspondence from Defendant INF: Correspondence* | |
| 02/28/2022 | NOT: Notice - No Sheriff Service Required | |
| | *Notice Terminating Authority of Attorney NOT: Notice - No Sheriff Service Required* | |
| 03/02/2022 | MOT: Motion (Generic) | |
| | *Motion to Withdraw as Attorney of Record MOT: Motion (Generic)* | |
| 03/03/2022 | MOT: Motion (Generic) | |
| | *Motion for Discovery of Information Necessary to Receive a Fair Trial MOT: Motion (Generic)* | |
| 03/04/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Arraignment 04/29/2022 09:00 AM) ZOOM* | |
| 03/04/2022 | ORD: Withdraw | |
| | *Order Allowing Withdrawl of Defendant's Attorney of Record ORD: Withdraw* | |
| 03/07/2022 | ORD: Order (Generic) | |
| | *Journal Entry of Arraignment ORD: Order (Generic)* | |
| 03/07/2022 | Continued | |
| | *Hearing result for Arraignment held on 03/04/2022 10:00 AM: Continued ZOOM* | |
| 04/29/2022 | Hearing Scheduled | |
| | *Hearing Scheduled (Arraignment 05/27/2022 09:00 AM) ZOOM* | |

Attorney Criminal Type Case

## Case Summary

### Case No. 2020-CR-000362

04/29/2022   ORD: Order (Generic)
*Journal Entry of Arraignment ORD: Order (Generic)*

04/29/2022   Continued
*Hearing result for Arraignment held on 04/29/2022 09:00 AM: Continued ZOOM*

05/02/2022   ORD: Appoint - Counsel
*Order Appointing Counsel - Felony ORD: Appoint - Counsel*

05/04/2022   ORD: Order (Generic)
*Amended Journal Entry of Arraignment ORD: Order (Generic)*

05/27/2022   Hearing Scheduled
*Hearing Scheduled (Arraignment 06/24/2022 09:00 AM) ZOOM*

05/27/2022   ORD: Order (Generic)
*Journal Entry of Arraignment 5-27-22 ORD: Order (Generic)*

05/27/2022   Continued
*Hearing result for Arraignment held on 05/27/2022 09:00 AM: Continued ZOOM*

06/24/2022   Hearing Scheduled
*Hearing Scheduled (Arraignment 09/09/2022 09:00 AM)*

06/24/2022   ORD: Order (Generic)
*Journal Entry of Arraignment ORD: Order (Generic)*

06/24/2022   Continued
*Hearing result for Arraignment held on 06/24/2022 09:00 AM: Continued ZOOM*

09/09/2022   ORD: Arraignment
*Journal Entry of Arraignment 9-9-22*

09/13/2022   INF: Confidential Report/Evaluation
*Surgery info*

11/10/2022   ORD: Order (Generic)
*Journal Entry of Arraignment*

12/27/2022   AFF: Affidavit (Generic)
*Affidavit of Surety Requesting Release from Appearance Bond*

01/27/2023   ORD: Arraignment
*Journal Entry of Arraignment*

01/28/2023   ORD: Warrant - Bench
*Warrant*

03/09/2023   RET: Return of Service - Arrest/Bench Warrant
*Bench Warrant served*

03/13/2023   ORD: Order (Generic)
*Journal Entry of Bond Appearance 3-13-23*

03/14/2023   AFF: Affidavit (Generic)
*Affidavit of Surety Requesting Release from Appearance Bond*

03/16/2023   INF: Judge Signed Order
*Order Concerning Surety's Request for Release on Bond*

Printed on 09/21/2023 at 4:52 PM

**Attorney Criminal Type Case**

## Case Summary

### Case No. 2020-CR-000362

03/16/2023    INF: Judge Signed Order
*Order of Release of Bond Declaration of Back Out Bail Bonds*

03/23/2023    ORD: Order (Generic)
*Journal Entry of Arraignment*

04/14/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

04/26/2023    INF: Correspondence
*Correspondence from Defendant*

04/28/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

04/29/2023    ORD: Appoint - Counsel
*Order Appointing Counsel - Felony*

05/11/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

06/05/2023    MOT: Motion (Generic)
*Motion to Withdraw*

06/05/2023    INF: Correspondence
*Correspondence from Defendant*

06/09/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

07/14/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

07/28/2023    ORD: Order (Generic)
*Journal Entry of Pre-trial*

08/02/2023    ORD: Order (Generic)
*Amended Journal Entry of Pretrial*

09/15/2023    ORD: Order (Generic)
*Journal Entry of Pretrial Conference*

## Hearings

01/27/2023    **Arraignment**   (9:00 AM)
    09/09/2022 Reset by Court to 09/09/2022
    09/09/2022 Continued to 11/10/2022 - Oral Request
    11/10/2022 Continued to 01/27/2023 - Oral Request
        *Failure to Appear*

03/13/2023    **Custody**   (2:00 PM)
        *Hearing Held*

03/23/2023    **Arraignment**   (9:00 AM)
        *ZOOM - jail*

Attorney Criminal Type Case

## Case Summary

### Case No. 2020-CR-000362

*Hearing Held*

04/28/2023  **Pretrial Conference**  (9:00 AM)
  *ZOOM - jail*
  04/14/2023 Continued to 04/28/2023 - Oral Request
  *Hearing Held*

10/30/2023  **Pretrial Conference**  (1:30 PM)   (Judicial Officer: Marek, Norbert C, Jr)
  *IN PERSON (in jail)*
  05/11/2023 Continued to 06/09/2023 - Oral Request
  06/09/2023 Continued to 07/14/2023 - Oral Request
  07/14/2023 Continued to 09/15/2023 - Oral Request
  09/15/2023 Reset by Court to 09/15/2023
  09/15/2023 Continued to 10/30/2023 - Oral Request

Printed on 09/21/2023 at 4:52 PM