OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
444 S.E. QUINCY, ROOM 490
TOPEKA, KANSAS 66683

OFFICIAL BUSINESS

23-3091 DE 29

KANSAS CITY 640
22 DEC 2023 PM 5 L

FILED
JAN 03 2024
Clerk, U.S. District Court
By: /s/ J. Lilly Deputy Clerk



Shannon D. Wren
JACKSON County Jail
210 US Hwy 75
Holton, KS 66436

**RETURN TO SENDER**

NIXIE   641   FE 1   0001/02/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 66683358799   *1428-03842-22-42