IN THE UNITED STATES DISTRICT COURT
FOR THE U.S Court DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
MAR 0 5 2024
Clerk, U.S. District Court
By _____ Deputy Clerk

SHANNON D. WREN
_____
Plaintiff/Petitioner,

vs.

Chris Bowling Hwy Patrol
& State of Kansas
_____
Defendant(s)/Respondent.

CASE NO. 23-CV-3091

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Shannon D. Wren, am (check one) the ☑ plaintiff ☐ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare (check appropriate box):

   ☑ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☑ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

2-20-24
Date

Shannon D. Wren
Movant's Signature

P.O. Box 1000
Street Address

Leavenworth, KS. 66048
City    State    Zip

To: Judge GWYNNE E. BIRZER: Affidavit For Attorney. Pretaining To Case No. 23-CV-3091:

Shannon D. Wren
vs.
Chris Bowling Hwy Patrol
& The State of Kansas

Todays Date: 2-20-24

My name is Shannon Wren, I was being held at The Jackson County Jail, in Holton, KS when I filed my suit. While I was There, I had all of my legal work & some access to a hard to understand law library on a tablet. In early November 2023, The U.S. Marshels transferd me to USP Leavenworth Prison KS. During the move, somehow ALL of my legal work, materiels, paticians, affidavits, discoverys, EVERYTHING I had worked so hard on pretaining to This case was lost. So I'm compleatly in the dark about what I'm supposed to be doing & dates of my deadlines. I do know I've written The Curt Clerk Skyler O'Hara at the U.S. Court House in Topeka severeal times (3) times, asking for copies of what the B.O.P. lost so I can meet all my deadlines in a timely manner, but NONE of my letters since November have gotten a response. So I dont know what To Do.

→

I Do Know I Had Severeal Dead Lines To Meet Before Our Next Conference Hearing Set For Sometime In April 2024 If I Remember Right. Things Such As Motions, Settlement Proposels & Counters, Experts Opinions, Medical Records, Rebuttles, Physical & Mental Examinations. I Cant Even Remember Everything w/o my paper work But I Have NO Idea How Im Supposed To Do Any of These Things. Or What Dates To Do Them By. I Know That To Get my Medical Records. Or Experts To Disclose, Or To Get Psyical & Mental Exams, All Cost money & I Have NO money At All. Not One Cent on my Account For over A Year. I Cant Even Buy paper, Envelopes & Stamps. So What Do I Do?? For Severeal Reasons I Need An Atternys Help with All of This. Plus Where Im At Now In Leavenworth In Pa. In The SHU. There Is only one Computer For 250 Guys To Use For Legal Work So Im Lucky To Get To Use It For An Hour per month. & Even Then I Dont Know How or What To Look up What I Need. So With The Facts: All My Legal Work Was Lost, I Have No money To pay For Stuff Like my Records & Exams, Experts, Ect..... Limited Access To A Law Library. Being Compleatly In The Dark About What & How Im Supposed To Be Doing. & On Top of Everything I Have A (TBI) Tramatic Brain Injury That Makes Doing & Understanding Any of This Hard For me. It Takes me A Long Time To Learn, Digest & Process Everything I Do. →

So Mrs. Judge Birzer, I'm begging you mamm to please grant me & appoint me an attorney. I'd be very grateful to you for this! Also the last letter I got from you was something about the A.G. putting in a motion to stay my case until my pending state case was compleated & I don't know what all that means but the criminal proceedings is over. 3 of my charges were dropped. I plead guilty to fleeing from police. & was given a year probation with time served. I don't understand why it had anything to do with my cival case. But it's done & over with..... Please help me Judge. I'm in desperet need of an attorney. Thank you so much.

Respectfully
Shannon Wren

Shannon Wren #21492-045
U.S.P.
P.O. Box 1000
Leavenworth, KS
66048

Shannon Wren #21492-045
USP
P.O. Box 1000
Leavenworth, KS
66048

LEGAL
MAIL
2-22-24



KANSAS CITY 640
27 FEB 2024 PM 6 L
LEGAL MAIL

Judge:
Gwynne E. Birzer
U.S. Court House
401 N. Market St.
Witchita, KS 67202-2000