Clerk of Court:
To: Judge Gwynne Birzer:

FILED
U.S. District Court
District of Kansas
APR 26 2024 (3-30-24)
Clerk, U.S. District Court
By _____ Deputy Clerk

I was told to inform the Court when My state Charges have been Finalized, so the Stay on My Federal suit Can be lifted & we Can compleat My proceedings. yesterday Friday 29th At 11 AM I was Sentanced To 9 Months with time served in Jackson County, KS by Judge Merrik. I have no other Charges pending & would like to Move Forward.
   Thank You.
   Shannon WREN

MY NEW ADDRESS IS

Shannon WREN
520 S.W FRAZIER AVE
Topeka, KS 66606

PLEASE ASSIGN ME TO AN ATTORNEY To Help me.
   Thank You.

RECEIVED
APR 26 2024
By _____

Shannon Wren
520 S.W. Frazier Ave
Topeka, KS 66606

KANSAS CITY 640
24 APR 2024 PM 5 L



RECEIVED
APR 26 2024
By_____

LEGAL MAIL

Judge Gwynne Birzer
c/o Clerk
United States District Court
401 N. Market St. Room 204
Wichita, KS 67202-2096

