CLERK
UNITED STATES DISTRICT COURT
ROOM 204, 401 N. MARKET ST.
WICHITA, KANSAS 67202-2096

OFFICIAL BUSINESS

RECEIVED
JUN 18 2024

MLNA

23-cv-3091
de 42

WICHITA KS 670
24 MAY 2024 PM 3

FILED
U.S. District Court
District of Kansas
JUN 18 2024
Clerk, U.S. District Court
By _____ Deputy Clerk

RTS

Shannon D. Wren
520 SW Frazier Avenue
Topeka, KS 66606

quadient
FIRST-CLASS MAIL
IMI
$000.64
05/23/2024 ZIP 67202
043M31223332

not at this address

NIXIE  641  FE 1  0006/14/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 67202209699  *1160-06502-24-35