CLERK
UNITED STATES DISTRICT COURT
ROOM 204, 401 N. MARKET ST.
WICHITA, KANSAS 67202-2096

OFFICIAL BUSINESS

FILED
U.S. District Court
District of Kansas
OCT 15 2024
Clerk, U.S. District Court
By CRK Deputy Clerk

WICHITA KS 670
17 SEP 2024 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.97
09/16/2024 ZIP 67202
043M31223332
US POSTAGE

RECEIVED
OCT 15 2024

MLNA

Shannon D. Wren
520 SW Frazier Ave
Topeka, KS 66606

return to sender
address unknown

NIXIE    641    DC 1    0010/10/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 67202209699    *1160-04628-17-44

23-cv-3091
de 47