CLERK
UNITED STATES DISTRICT COURT
ROOM 204, 401 N. MARKET ST.
WICHITA, KANSAS 67202-2096

OFFICIAL BUSINESS

FILED
U.S. District Court
District of Kansas

OCT 15 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

WICHITA KS 670
18 SEP 2024 PM 3 L



FIRST-CLASS MAIL
IMI
$000.69
09/17/2024 ZIP 67202
043M31223332
US POSTAGE

MLNA

~~Shannon D. Wren~~
~~520 SW Frazier Avenue~~
~~Topeka, KS 66606~~

Return to sender
address unknown

RECEIVED
OCT 15 2024

NIXIE    641  DC 1         0010/10/24
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 67202209699      *1160-02056-18-36

23-cv-3091
de 48