Court Clerk

My name is Shannon D Wren I'm writing to let the Court know I'm in Another Location & Want To Resume my Civil Suit, Please Let Judge Gwynne know Im Here & Am Ready To Continue with it.

→ El Dorado Corr. Fac.
P.O. Box 311
67042

Thank you
Shannon Wren

FILED
U.S. District Court
District of Kansas
DEC 02 2024
Clerk, U.S. District Court
By ____ Deputy Clerk

RECEIVED
DEC 02 2024
By____

www.PrintablePaper.net