

Shannon Wren #130592
El Dorado Corr Cat ROU
P.O. Box 311
67042

RECEIVED DEC 02 2024 By ____

LEGAL MAIL

WICHITA KS 670
26 NOV 2024 PM 3 L
quadient
FIRST-CLASS MAIL IMI
$000.69
11/26/2024 ZIP 67042
043M31240048
US POSTAGE

Court Clerk
U.S. District Court
401 N. Market St.
Wichita, KS 67202